AMBER M. SPATARO, Bar No. 210942
LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102
Telephone: 973.848.4700
Fax No.: 973.643.5626

MICHAEL W. M. MANOUKIAN, Bar No. 308121
LITTLER MENDELSON, P.C.
50 West San Fernando Street, 15th Floor
San Jose, CA 95113
Telephone: 408.998.4150
Fax No.: 408.288.5686

Attorneys for Defendant
FIRST TRANSIT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE EVERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC., a Delaware corporation, NINA JOHNSTON, an individual, PEDRO CARBALLO, an individual, and DOUG MONTEZ, an individual, and DOES 1-10,<br><br>Defendant. | Case No. 3:16-CV-03787JD<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**<br><br>Judge: Hon. James Donato |

IT IS HEREBY STIPULATED by and between Plaintiff STEVE EVERSON and Defendants FIRST TRANSIT, INC., NINA JOHNSTON, PEDRO CARBALLO, and DOUG MONTEZ, by and through their respective attorneys of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above referenced action be **DISMISSED WITH PREJUDICE** in its entirety. The parties further stipulate that each party shall bear his, her, or its own costs, including attorneys' fees.

IT IS FURTHER STIPULATED that: the Court shall retain jurisdiction of this matter to enforce the parties' settlement agreement, the terms of which are expressly incorporated by reference into this stipulation and order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: July 18, 2017

/s/ Sarwinder Singh Dhanjan
SARWINDER SINGH DHANJAN.
SSD LAW FIRM
HOWARD MOORE, JR.
MOORE & MOORE
Attorneys for Plaintiff
STEVE EVERSON

Dated: July 18, 2017

/s/ Amber M. Spataro
AMBER M. SPATARO
MICHAEL W. M. MANOUKIAN
LITTER MENDELSON, P.C.
Attorneys for Defendants
FIRST TRANSIT, INC., NINA JOHNSTON, PEDRO CARBALLO, AND DOUG MONTEZ

**IT IS SO ORDERED:**

Dated: October 13, 2017

HON. _____
United States _____ Judge

APPROVED
Judge James Donato

Firmwide:148628431.1 070993.1098